# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1337

_____

United States of America

*Plaintiff - Appellee*

v.

Tyrese D. Hyles

*Defendant*

------------------------------

Keithlan L. Carter

*Movant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: February 19, 2019
Filed: March 8, 2019
[Unpublished]

_____

Before BENTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Keithlan Carter appeals the district court's[1] denial of his pro se motion. We conclude that we have jurisdiction, see 28 U.S.C. § 1291, and that the district court properly denied Carter's motion. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny as moot Carter's pending motion in this court.

———————————————

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.